BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Respondent
SA2006301788

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY D. STIPE,**<br><br>Petitioner,<br><br>v.<br><br>**CALIFORNIA STATE GOVERNOR SCHWARTZENEGGER, et al.,**<br><br>Respondents. | NO. 2:06-cv-01006-GEB-PAN (JFM)<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent's first request for a 30-day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response by August 4, 2006.

DATED: July 18, 2006.

UNITED STATES MAGISTRATE JUDGE

/stip1006.eot

1