# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry D. Stipe, | CASE NO. CV 06-1006-GHK |
| Petitioner, | |
| v. | JUDGMENT |
| Arnold Schwarzenegger, et al., | |
| Respondents. | |

Pursuant to our March 4, 2009 Order denying Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED.**

DATED: March 4, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.