UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry D. Stipe,                                )<br>                                                      )<br>                    Petitioner,          )<br>                                                      )<br>            v.                                   )<br>                                                      )<br>Arnold Schwarzenegger, et al.,  )<br>                                                      )<br>                    Respondents.      )<br>_____) | CASE NO. CV 06-1006-GHK<br><br>**Order Granting Certificate of Appealablity** |

The Court has reviewed the Petitioner's "Notice of Appeal" filed March 10, 2009, as well as Petitioner's "Motion for Leave to File Belated Notice of Appeal" filed on May 27, 2009. Because Petitioner seems to be of the impression that his Notice of Appeal was never filed with the Court, when in fact it was timely filed with the Court on March 10, 2009, Petitioner's Motion is **DENIED** as moot. *See* Fed. R. App. P. 4. We hereby **DEEM** Petitioner's Notice of Appeal as Petitioner's application for a certificate of appealability under 28 U.S.C. § 2253.

**IT IS ORDERED** that the Petition for Issuance of Certificate of Appealability ("COA") is **GRANTED**. To obtain a COA, a habeas prisoner must make a substantial showing of the denial of a constitutional right, which "includes showing that reasonable jurists could debate whether . . . the petition should have been resolved in a different

manner or that the issues presented were adequate to deserve encouragement to proceed further." *See Slack v. McDaniel*, 529 U.S. 473, 483–484 (2000) (citations and quotations omitted). Petitioner has made such a showing as to his due process claim arising out of the Board of Parole Hearing's reliance on unchanging factors as a justification for denial of a parole date for him. *See Irons v. Carey*, 505 F.3d 846, 853–54 (9th Cir. 2007).

**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Order, by United States mail, on Petitioner, counsel for Petitioner, and counsel for Respondent

**IT IS SO ORDERED**.

DATED: June 2, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.